and that the cases should be set for argument forthwith. MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 11, Misc. FRASER v. UNITED STATES; and

No. 12, Misc. FRASER ET AL. v. UNITED STATES. Motion for leave to withdraw the petitions for writs of mandamus granted.

No. 61, Misc. HOWELL v. CLARK, ATTORNEY GENERAL; and

No. 96, Misc. WILSON v. HINMAN ET AL. The motions for leave to file petitions for writs of mandamus are denied.

No. 7, Misc. IN RE STINSON;

No. 15, Misc. MEDLOCK v. RAGEN, WARDEN;

No. 29, Misc. HARPER v. MICHIGAN; and

No. 57, Misc. MITCHELL v. RAGEN, WARDEN. Petitions denied.

No. 48, Misc. IN RE LEE. Application denied.

No. 80, Misc. JACKSON v. OKLAHOMA. Petition for appeal denied.

No. 88, Misc. McKAIN v. LOUISIANA. Application denied.

No. 58. UNITED STATES EX REL. PASELA v. FENNO, COMMANDING OFFICER. Writ of certiorari, 334 U. S. 857, to the United States Court of Appeals for the Second Circuit dismissed per stipulation of counsel. *Frank A. Francis* and *Benedict M. Holden, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for respondent.